■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS RODRIGUEZ, Appellant. [624 NYS2d 1012] —Judgment unanimously affirmed (see, People v Allen, 82 NY2d 761, 763). (Appeal from Judgment of Erie County Court, D'Amico, J.— Criminal Sale Controlled Substance, 5th Degree.) Present— Pine, J. P., Lawton, Wesley, Callahan and Doerr, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOEL ANZALONE, Appellant. [624 NYS2d 1012] —Judgment unanimously affirmed (see, People v Saunders, 190 AD2d 1092, 1093, lv denied 81 NY2d 1019). (Appeal from Judgment of Supreme Court, Erie County, Kasler, J.—Criminal Possession Stolen Property, 4th Degree.) Present—Pine, J. P., Lawton, Wesley, Callahan and Doerr, JJ.

■ BARBARA AMES, Appellant, v TOWN OF KIRKLAND, Respondent. (Appeal No. 1.) [624 NYS2d 991] —Judgment unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: We conclude that Supreme Court properly found in favor of defendant. Because this is a declaratory judgment action, however, the court erred in dismissing the complaint. We modify the judgment appealed from by reinstating the complaint and by granting judgment in favor of defendant declaring that the March 9, 1987 "Ordinance of the Town of Kirkland to Provide for the Licensing and Regulation of Garage Sales" was properly enacted and did not deprive plaintiff of her property without due process of law. (Appeal from Judgment of Supreme Court, Oneida County, Flemma, J.—Declaratory Judgment.) Present—Pine, J. P., Lawton, Wesley, Callahan and Doerr, JJ.

■ BARBARA AMES, Appellant, v TOWN OF KIRKLAND, Respondent. (Appeal No. 2.) [624 NYS2d 991] —Appeal unanimously dismissed without costs (see, Matter of Laborers Intl. Union v Shevlin-Manning, Inc., 147 AD2d 977). (Appeal from Order of Supreme Court, Oneida County, Flemma, J.—Declaratory Judgment.) Present—Pine, J. P., Lawton, Wesley, Callahan and Doerr, JJ.